# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157951(56)


JAWAD A. SHAH, M.D., PC,
INTEGRATED HOSPITAL SPECIALISTS, PC,
INSIGHT ANESTHESIA, PLLC, and
STERLING ANESTHESIA, PLLC,
      Plaintiffs-Appellees,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant.

_____/

SC: 157951
COA: 340370
Genesee CC: 17-108637-NF

      On order of the Chief Justice, the motion of the Auto Club Insurance Association to participate as amicus curiae and to file an amicus brief is GRANTED. The amicus brief submitted on October 10, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2018



Clerk